# Court of Appeals
# of the State of Georgia

ATLANTA,  September 19, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0322. THE STATE v. GEORGE MURRAY.

The Appellant in the above-styled case has filed a motion entitled Motion For Permission To Withdraw Appeal. Upon consideration and review, pursuant to Court Rule 41(g)(2), said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/19/2022*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*